IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JIM (JAMES) DIXON,

    Plaintiff,

  v.

FALCON HEIGHTS CONDOMINIUM
ASSOCIATION, et al,

    Defendants,

1:12-CV-439-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#28) and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the report.

    Defendants' motions to stay (##11, 13) are GRANTED.

1 - ORDER

Plaintiff's motion in opposition (#21) and motions for entry of default judgment (##22, 23) are DENIED.

IT IS SO ORDERED.

DATED this \_\_20\_\_ day of August, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER